■　　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK CARTER, Appellant.— Motion for an order directing the Clerk of Otsego County to furnish appellant, without charge, a transcript of the minutes of the entire proceedings of trial denied (*People* v. *Freeman*, 21 A D 2d 820). Appeal from order denying motion for transcript of trial minutes dismissed (Code Crim. Pro., § 517). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.